MAURICE DONATO, PETITIONER-PETITIONER, v. CARMEN J. SCARPELLINO, RESPONDENT-RESPONDENT.

*Messrs. Roskein, Kronisch, Felzenberg & Mandell* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Louis J. Douglass* for the respondent.

September 16, 1963. Denied.

GORDON S. SAUNDERS CO., INC., PLAINTIFF-RESPONDENT, v. JOSIAH M. HEWITT, DEFENDANT-PETITIONER.

*Messrs. Carpenter, Bennett & Morrissey* and *Mr. John C. Heavey, Jr.* for the petitioner.

*Messrs. Allgair, King & Kelleher* for the respondent.

September 16, 1963. Denied.